UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

A.C.R. et al.,

                Plaintiffs,                **ORDER**
                                                25-CV-3962 (EK)(TAM)

      -against-

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security; et
al.,

                Defendants.

----------------------------------------x
ERIC KOMITEE, United States District Judge:

       In *FDA v. Wages & White Lion Investments, L.L.C.*, 604 U.S. 542 (2025), the Supreme Court expressed some skepticism about the extent to which the change-of-position doctrine applies when an agency abandons "a position it first articulated in a nonbinding guidance document." *Id.* at 569 n.5. The Court went on, however, to acknowledge that it had applied the doctrine in *DHS v. Regents of the University of California*, 591 U.S. 1 (2020), because the "standardized review process" in that case "resembled adjudication." *White Lion*, 604 U.S. at 569 n.5. Still, the *Regents* majority's decretal language did not actually order USCIS to return its internal policy manual to any specific prior state. Instead, the Court directed the lower courts that

"the appropriate recourse" was to "remand to DHS so that it [could] consider the problem anew." *Regents*, 591 U.S. at 36.

USCIS's policy manual currently states that it "does not create any substantive or procedural right or benefit that is legally enforceable by any party against the United States or its agencies or officers or any other person."[1] The parties have not briefed the significance of this language (if any), nor indicated whether it existed in the same form in 2022.

Accordingly, the parties are directed as follows: (1) Plaintiffs shall identify, on or before December 10, the specific language in the USCIS Policy Manual that they believe should govern during the duration of the stay; and (2) both parties' forthcoming submissions (Defendants' on December 16, and Plaintiffs' on December 23) should indicate what significance, if any, the quoted language may have in connection with Plaintiffs' motion for reconsideration.

SO ORDERED.

                                     /s/ Eric Komitee
                                     ERIC KOMITEE
                                     United States District Judge

Dated:    December 5, 2025
           Brooklyn, New York

---

[1] USCIS, "About the Policy Manual," available at https://www.uscis.gov/policy-manual (last accessed Dec. 5, 2025).